**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS HAND, a married man filing individually and on behalf of all others similarly situated; SHAHIN ADIBMEHR, a single man filing individually and on behalf of all others similarly situated; JOSEPH COLE, a single man filing individually and on behalf of all others similarly situated; and MELANIE CARTE, a single woman filing individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>DIONEX CORPORATION, a Delaware Corporation;<br><br>Defendant. | Case No. CV 06-1318-PHX-JAT<br><br>**ORDER** |

The parties have filed a Joint Motion to Approve Settlement Agreement and to Dismiss Lawsuit (Doc. #48). The Court, having reviewed the motion, finds as follows:

IT IS HEREBY ORDERED Granting the Joint Motion to Dismiss the Lawsuit (Doc. #48).[1]

---

[1] The Court acknowledges that the parties have executed a Settlement Agreement, but the Court does not hereby "approve" the Agreement or in any other way substantively rule on the Agreement.

1    IT IS FURTHER ORDERED that Plaintiff Thomas Hand's claim for retaliation in violation of the Fair Labor Standards Act (Count II of the First Amended Complaint) is dismissed without prejudice; and all other claims comprising this action are dismissed with prejudice.

IT IS FURTHER ORDERED that the Court will retain jurisdiction over the parties to enforce the Settlement Agreement.

DATED this 16th day of October, 2007.

_____
James A. Teilborg
United States District Judge